Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JORDAN BUND,<br><br>          Defendant. | Docket Number 6:11-mj-0083-MJS<br><br>MOTION TO WITHDRAW STATEMENT OF ALLEGED PROBATION VIOLATION<br><br><br>Court:  U.S. District Court – Yosemite<br>Judge:  Honorable Michael J. Seng |

   The United States by and through its Legal Officer Susan St. Vincent hereby moves this Court to allow withdrawal of its Statement of Alleged Probation Violation and close the above referenced matter.  On May 21, 2012, Defendant plead guilty to driving with a suspended driver's license and having an unregistered vehicle on a highway.  Defendant was sentenced by this Court to pay a fine of $520 and placed on 12 months of unsupervised probation.  Defendant was also sentenced to ten days in custody with credit for one day served and the remaining nine days stayed pending the successful completion of probation.  On April 30, 2013, the Government filed a Statement of Alleged Probation Violation charging the Defendant failed to pay $470 of the fine.  This Court ordered the Defendant to appear at the Yosemite District Courthouse.  There is no date for that appearance set at this time.

1  Defense counsel subsequently provided the Government with a statement from
2  the Finance Department of the U.S. Court showing Defendant paid the remaining fine
3  amount on September 12, 2013.  As the fine has been paid in full, the Government
4  respectfully requests to withdraw the Statement of Alleged Probation Violation and that
5  the case be closed.

October 31, 2013                    /S/ Susan St. Vincent
                                                             Susan St. Vincent
                                                             Legal Officer
                                                             Yosemite National Park

# ORDER

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the Statement of Alleged Probation Violation is withdrawn, and <u>United States v Bund</u>  6:11-mj-0083-MJS, be closed.

IT IS SO ORDERED.

Dated:   November 1, 2013          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE